UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Coastal Towing, L.L.C. | § § | |
| Plaintiff | § § | C.A. NO. 2:16-cv-13350-JCA-MBN |
| v. | § § | |
| REC Marine Logistics, LLC and A&A Boats, Inc. | § § | JUDGE ZAINEY |
| | § § | MAGISTRATE JUDGE NORTH |
| Defendants | § | |

### Original Complaint

Knox complains of Bisso Marine, LLC, REC Marine Logistics, LLC, A&A Boats, Inc., and Coastal Towing, L.L.C. and would respectfully show the Court that:

**I.**

### Jurisdiction

1. This action is within the admiralty and maritime jurisdiction of this Court within the meaning of Federal Rule of Civil Procedure 9(h).

2. This claim is maintained under the Jones Act.

3. Venue is proper in this District because the parties against which Knox is making claims do a substantial amount of their business in this District and because a substantial portion of the events occurred in this Division and Knox resides in this District.

**II.**

### Venue

4. Venue is proper in this District and Division because one or more of the adverse parties is domiciled in this District and Division. Moreover, the Declaratory Judgment action was already filed in this Court.

Exhibit A

### III.

### Parties

5. Knox is an American seaman and is a resident of Indiana.

6. Bisso Marine, LLC is a Texas company with substantial operations throughout Louisiana. Bisso Marine, LLC may be served through its registered agent CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

7. REC Marine Logistics, LLC is a Louisiana company that has already appeared in this action.

8. A&A Boats, Inc. is a Louisiana company that has already appeared in this action.

9. Coastal Towing, L.L.C. is a Louisiana/Mississippi company that has already appeared in this action.

### IV.

### Nature of the Action

10. On or about July 18, 2014, Knox was employed by Coastal Towing, L.L.C. aboard the M/V Trent Joseph, which was owned, operated and/or managed by Coastal Towing, L.L.C. On this date, Knox fell ill causing management to call for a helicopter to evacuate him. This required that he transfer to the L/B Mighty Chief. However, management changed plans and decided to evacuate Knox from another vessel—the M/V Miss Jane—which was owned, operated and/or controlled by REC Marine Logistics, LLC. Management used a crane to transfer Knox via personnel basket. At the time, an employee from Bisso Marine, LLC was operating the crane. During the transfer, the crane operator slammed the personnel basket into the deck causing Knox to get ejected. The crane

operator's negligence was compounded by REC Marine Logistics, LLC's and/or A&A Boats, Inc.'s failure to have someone man the tag lines to the personnel basket.

11. These events occurred while the M/V Trent Joseph was deployed on navigable waters, and while Knox was contributing to and aiding such vessel to accomplish its mission. Knox sustained serious injuries to his neck, back, hip, knee, other parts of his body due to the previously described negligence and the unseaworthiness of the L/B Mighty Chief and M/V Miss Jane.

12. The following parties are negligent for the following reasons:

   a. Bisso Marine's crane operator failed to operate the crane in a safe manner;

   b. Bisso Marine failed to properly train and supervise its crane operator;

   c. REC Marine and A&A Boats failed to have personnel man tag lines to the personnel basket;

   d. REC Marine and A&A Boats failed to properly train and supervise its employees in conducting personnel basket transfers;

   e. REC Marine and A&A Boats failed to operate in a reasonably safe manner;

   f. All parties, excluding Knox, are liable for negligently supervising the basket transfer;

   g. REC Marine and/or A&A Boats are liable for failure to keep the vessels in clear condition such that the helicopter could land without the need to further transport Knox via basket transfer; and

13. The parties, excluding Knox, are all vicariously liable for their employees' negligence.

14. At all relevant times, the vessels involved were unseaworthy, which renders the parties, excluding Knox, liable.

15. As a result of said occurrence, Knox suffered a severe injury to his neck, back, hip, knee, and other parts of his body.

16. Knox sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Knox has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Knox's physical pain, physical impairment and mental anguish will continue indefinitely. Knox has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Knox has incurred and will incur pharmaceutical and medical expenses in connection with his injuries. Further, as a seaman, Knox is entitled to maintenance and cure. Knox seeks any and all unpaid maintenance and cure and any such unpaid maintenance and cure that may accrue in the future. Knox has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

## VII.

### Prayer

Knox prays that this citation for Bisso issue and be served upon the parties in a form and manner prescribed by law, requiring that the parties appear and answer, and that upon final hearing, Knox has judgment against the parties in a total sum in excess of the minimum jurisdictional limits of this Court including:

a. Past and future medical damages;

b. Past and future loss of earning capacity;

c. Past and future pain and suffering and mental anguish;

d. Past and future impairment;

e. Past and future disfigurement;

f.  Past and future maintenance and cure;

g.  Costs of court; and

h.  All other and further relief to which Knox may be justly entitled.

Respectfully submitted,

**PIERCE SKRABANEK BRUERA, PLLC**

*/s/ M. Paul Skrabanek*
_____
MICHAEL E. PIERCE
TX State Bar No. 24039117
M. PAUL SKRABANEK
Bar Roll No. 34980
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: michael@psbfirm.com
          paul@psbfirm.com


**LINEAGE LAW, LLC**

*/s/ William J. Perry*
_____
William J. Perry
LA Bar No. 19100
Lineage Law, LLC
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Telephone: (225) 300-4776
Facsimile: (888) 200-3530
E-mail: william.perry@lineagelaw.com


**O'BELL LAW FIRM**

*/s/ Eric J. O'Bell*
_____
Eric J. O'Bell

LA Bar No. 26693
O'Bell Law Firm, LLC
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8653
E-mail: ejo@OBellLawFirm.c