583.20133                                                                                    #124077

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK KNOX | C.A. NO.  2:16-cv-13350 JCA-MBN |
|      PLAINTIFF, | |
| v. | JUDGE  ZAINEY |
| BISSO MARINE, LLC | |
|      DEFENDANT | MAGISTRATE JUDGE NORTH |
| COASTAL TOWING, LLC | |
|    DEFENDANT AND CROSS-PLAINTIFF | |
| REC MARINE LOGISTICS, LLC AND A & A BOATS, INC. | |
|      DEFENDANTS AND CROSS-DEFENDANTS | |

### REC MARINE LOGISTICS, LLC'S NOTICE OF
### INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. 1292(a)(3)

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a), notice is hereby given that defendant, cross-defendant, cross-plaintiff, and third-party plaintiff, REC Marine Logistics, LLC, appeals to the United States Court of Appeals for the Fifth Circuit from an Order of the Court denying REC Marine Logistics, LLC's Motion for Summary Judgment against Dawn Services, LLC, granting Dawn Services, LLC's Motion for Summary Judgment against REC Marine Logistics, LLC, and granting Bisso Marine, LLC's Motion for Summary Judgment against REC Marine Logistics, LLC, entered in this action on the 15th day of May, 2017, pursuant to the interlocutory appeal of right in maritime matters granted by 28 U.S.C. 1292(a)(3).

Respectfully submitted:


 _/s/ Salvador J. Pusateri_____
Salvador J. Pusateri T.A. (#21036)
Kyle A. Khoury (#33216)
Elizabeth B. McIntosh (#36575)
**PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM, LLC**
1100 Poydras Street
Energy Centre – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile:  (504) 620-2510
Salvador.Pusateri@pbgglaw.com
Kyle.Khoury@pbgglaw.com
Elizabeth.McIntosh@pbgglaw.com
**ATTORNEYS FOR REC MARINE
LOGISTICS, LLC**


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.


_____/s/ Salvador J. Pusateri_____