UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK KNOX | CIVIL ACTION |
| VERSUS | NO. 16-13350<br>C/W 18-6015 |
| BISSO MARINE, LLC, ET AL | SECTION: M (5)<br>*Pertains to 16-13350* |

**ORDER AND REASONS**

Before the Court is defendant Coastal Towing, LLC's Motion to Strike Affirmative Defenses of Bisso Marine, LLC.[1] Coastal argues that it was prejudiced by Bisso's filing the affirmative defenses a week before the pre-trial conference that was previously scheduled for August 23, 2018.[2] Coastal argues that the late filing deprived it of "fair notice" of the defenses and the ability to conduct discovery on the issues raised by the defenses.[3]

At the August 23, 2018 pre-trial conference, the trial, which was set for September 17, 2018, was continued, and a status conference was scheduled instead.[4] On September 11, 2018, the case was transferred to this Section of Court.[5] Thereafter, this Court cancelled the September 17, 2018 status conference, and ordered the parties to submit status reports.[6] After reviewing the status reports, this Court set a status conference for October 3, 2018, at 11 a.m. at which a new trial date, and other dates related only to the indemnity and insurance coverage issues, will be selected.[7]

---

[1] R. Doc. 133.
[2] *Id.*
[3] *Id.*
[4] R. Doc. 139.
[5] R. Doc. 145.
[6] R. Doc. 146.
[7] R. Doc. 161.

Because the trial of this matter has been continued and new dates will be selected, Coastal has not been prejudiced by Bisso's filing of its affirmative defenses. Therefore,

**IT IS ORDERED** that Coastal Towing, LLC's Motion to Strike Affirmative Defenses of Bisso Marine, LLC is DENIED.

New Orleans, Louisiana, this 3rd day of October 2018.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE